UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BEL TRADING & CONSULTING, LTD,

    Plaintiff,

v.                                                 Case No: 5:12-cv-651-Oc-22PRL

KNM WORLDWIDE SERVICES, LLC

    Defendant.

## REPORT AND RECOMMENDATION[1]

Defendant KNM Worldwide Services, LLC initially appeared by and through counsel and filed an Answer to the First Amended Complaint and Affirmative Defenses (Doc. 16). On June 6, 2013, counsel for Defendant, Stephen G. Murty, filed a motion seeking leave to withdraw from further representation. (Doc. 27).[2] Defendant consented to Mr. Murty's withdrawal and affirmed that "[a]s the corporate defendant in the above styled action, the corporation has been advised, and acknowledges, that to pursue the defense of this case, it must have counsel admitted before the bar pursuant to local rules, and requests that a reasonable time be set by the Court to obtain counsel." (Doc. 27-2). On June 17, 2013, the Court granted Mr. Murty's motion to withdraw and gave Defendant twenty (20) days to retain new counsel and for such counsel to file a notice of appearance. (Doc. 31). The Court reminded Defendant that pursuant to Local Rule

---

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and Rule 6.02, Local Rules, M.D. Fla., within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

[2] On March 1, 2013, Mr. Murty filed a notice of his intent to file a motion to withdraw. (Doc. 26).

2.03(e), it can only appear through counsel and cautioned Defendant that "[t]he failure to retain counsel may result in the entry of default."[3]

Despite Defendant's acknowledged understanding that it can only appear and be heard through counsel and the Court's warning regarding the failure to retain counsel, more than twenty days have passed and counsel has not filed a notice of appearance, nor has Defendant moved for additional time to retain counsel. Accordingly, the Defendant is proceeding *pro se* which is barred by the Local Rules. *See* Local Rule 2.03(e); *Energy Lighting Management, LLC v. Kinder*, 363 F.Supp.2d 1331, 1332 (M.D. Fla. 2005)(pursuant to Local Rule 2.03, limited liability companies may appear and be heard only through counsel admitted to practice in this Court)..

Accordingly, it is respectfully **RECOMMENDED** that the Clerk should be directed to strike Defendant's Answer to First Amended Complaint and Affirmative Defenses (Doc. 16) and enter default against Defendant KNM Worldwide Services, LLC.

Recommended in Ocala, Florida on July 12, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record

KNM Worldwide Services, LLC
3917 SE 40th St
Ocala, Florida 34480

---

[3] The docket reflects that the Order was sent to Defendant at the address provided by counsel – 3917 SE 40th St, Ocala, Florida 34480.