# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**BEL TRADING & CONSULTING, LTD,**

      Plaintiff,

v.                                                                 Case No:  5:12-cv-651-Oc-22PRL

**KNM WORLDWIDE SERVICES, LLC,**

      Defendant.

_____

## ORDER

This cause is before the Court on Defendant KNM Worldwide Services, LLC's failure to retain counsel.  The United States Magistrate Judge has submitted a report recommending that the Clerk should be directed to strike Defendant KNM Worldwide Services, LLC's Answer to the First Amended Complaint and Affirmative Defenses and enter a default against Defendant KNM Worldwide Services, LLC.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 12, 2013 (Doc. No. 32), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Clerk is **DIRECTED TO STRIKE** Defendant KNM Worldwide Services, LLC's Answer to the First Amended Complaint and Affirmative Defenses (Doc. No. 16).

3. The Clerk is **DIRECTED TO ENTER** a default as to KNM Worldwide Services, LLC.

4.    Plaintiff's Motion to Compel Defendant to Answer Discovery and Produce Documents (Doc. No. 28), filed on June 7, 2013, is **DENIED as moot**.

5.    Within thirty (30) days of the date of this Order, Plaintiff **SHALL FILE** its motion for final default judgment and supporting documentation.

**DONE** and **ORDERED** in Ocala, Florida on July 30, 2013.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties